IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0574

IN THE MATTER OF

G.C. and A.C.,

Youths in Need of Care

## ORDER GRANTING MOTION TO CONSOLIDATE

Upon consideration of Appellant Mother C.V.'s Motion to Consolidate and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. DA 20-0574 and DA 20-0575 are hereby consolidated under Cause No. DA 20-0574 and henceforth captioned In the Matter of G.C. and A.C., Youths in Need of Care.

Electronically signed by:
ORDER Beth Baker
Justice, Montana Supreme Court
January 20 2021